EXH. A

| | |
|---|---|
| DATE OF NOTICE: JULY 16, 2013 | PAST DUE: $246.00 |

LATE NOTICE: The Balance reflects receipt of payments through the Date of Notice shown and includes late fees and interest that may have accrued on the past-due balance but does not reflect any current assessments which are not yet considered late. Return this coupon and your payment (U.S. funds only) in the envelope provided or go to sentrymgt.com for on-line and credit card payments or to submit mailing address changes.

All correspondence should be mailed separately to:
Sentry Management Inc.
2180 W SR 434, Suite 5000
Longwood FL 32779

ACCOUNT NO. 000NR06502000291
5445 THUNDERIDGE DR
RALEIGH NC 27610

Please reference your account number (shown at left) on all correspondence.

MAKE CHECKS PAYABLE TO:

O W N E R
TC 25 NR0650 200029
GUSTAVO & ADELA ROMANELLO
5445 THUNDERIDGE DR
RALEIGH NC 27610

SUMMER PLACE HOMEOWNERS ASSOCIATION OF RALEIGH INC
PO BOX 105302
ATLANTA GA 30348-5302
USA

(919) 790-8000 EXT: 104

0678 00NR0650 000NR06502000291 1 00024600 00000088 5

EXH. A

Pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. Section 1601, as amended this is your notice that:

1) This is an attempt to collect a debt and any information obtained will be used for that purpose;
2) The amount of the debt you owe is referenced herein;
3) The name of the association/creditor to whom the debt is owed is referenced herein;
4) Unless you, within thirty (30) days after receipt of this notice, dispute the validity of the debt, or any portion thereof, the debt will be assumed to be valid;
5) If you notify us in writing within the thirty-day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgement against you, and a copy of such verification or judgement will be mailed to you by us; and
6) Upon your written request within the thirty-day period, we will provide you with the name and address of the original creditor, if different from the current creditor.