WAKE COUNTY, NC 105
LAURA M RIDDICK
REGISTER OF DEEDS
PRESENTED & RECORDED ON
01/11/2013 AT 10:22:48
STATE OF NORTH CAROLINA
REAL ESTATE EXCISE TAX: $310
BOOK:015098 PAGE:01151 - 01154

**THIS INSTRUMENT PREPARED BY & RETURN TO:**
Post Sale
Trustee Services of Carolina, LLC
c/o Brock & Scott, PLLC
5431 Oleander Drive
Wilmington, NC 28403
File Number: 10-34290
PIN #: 291478
Excise Tax: *$310.00*

STATE OF NORTH CAROLINA

COUNTY OF WAKE

**SUBSTITUTE TRUSTEE'S DEED**

**NCGS 105-317.2   Report on transfers of real property – requirements**
Grantor's address: see above "return to" address
Grantee's address: see below paragraph
Primary residence: As the Substitute Trustee of a special proceedings foreclosure file, this firm does not occupy any property as its residence. As to the original mortgagor(s), this firm does not have any specific knowledge as to whether the mortgagor(s) were occupying the property at the time of foreclosure sale.

This instrument was prepared by: Brock & Scott, PLLC, a licensed North Carolina attorney/law firm. The Grantee is receiving title because they were the successful bidder at a foreclosure sale of the below mentioned property. Any potential bidders were notified that the sale of the property would be made subject to all prior liens, unpaid taxes, any unpaid land transfer taxes, special assessments, easements, rights of way, deeds of release, and any other encumbrances or exceptions of record. Therefore, the Grantee assumes responsibility for any unpaid taxes.

THIS SUBSTITUTE TRUSTEE'S DEED, made this ___Jan. 8, 2013___, by and between Trustee Services of Carolina, LLC, Substitute Trustee in the Deed of Trust hereinafter mentioned, ("Grantor"), and **Bank United, N.A.**, its successors and assigns as their interests may appear, whose address is **Bank United, 7818 NW 148TH Street, Miami Lakes, FL 33016**, ("Grantee");

**WITNESSETH**:

WHEREAS, GUSTAVO ROMANELLO AND ACELA ROMANELLO, HUSBAND AND WIFE, executed and delivered a **Deed of Trust dated July 22, 2005 and recorded on July**

25, 2005 in Book 011485 at Page 01309 rerecorded on July 24, 2006 in Book 012075, Page 00183 of the Wake County Public Registry, to ESTHER SANTOS, as Trustee; and

WHEREAS, the beneficial interest of said Deed of Trust was originally held by and remains with, or was transferred and assigned to BankUnited; and

WHEREAS, default having occurred in the payment of the indebtedness secured by said Deed of Trust and Grantor having been substituted as trustee, as set forth in **Appointment of Substitute Trustee recorded on February 9, 2011, in Book 14264, Page 1980 of the Wake County Public Registry**, due demand was made on the Grantor by the holder of the indebtedness secured by said Deed of Trust that he foreclose the said Deed of Trust and sell the property under the terms thereof; and

WHEREAS, under and by virtue of the power and authority in him vested by said Deed of Trust and according to the terms and the stipulations of the same, and having instituted a special proceeding before the Clerk of Superior Court of Wake County, entitled Special Proceedings No. 11 SP 769, and after due advertisement as in said Deed of Trust provided and as by law required, and due and timely notice having been given to the parties of said special proceeding, and a proper hearing having been conducted on June 20, 2011, whereupon the Clerk of Superior Court of Wake County, North Carolina, authorized Grantor to proceed under said Deed of Trust and sell the real property as herein below described, Grantor, on November 20, 2012 at 10:00AM, did expose the land described in said Deed of Trust, and hereinafter described and conveyed, subject to any and all superior liens, including without limitation, the lien of unpaid taxes and assessments, easements, conditions, restrictions, conveyances and releases, and matters of record, for sale at public auction at the Wake County Courthouse door, when and where BankUnited was the last and highest bidder for said land at the price of $155,000.00; and

WHEREAS, Grantor duly reported the land sale to the Clerk of Superior Court of Wake County as required by law, and thereafter said sale remained open ten days, and no increased bid has been filed within the time allowed by law;

WHEREAS, BankUnited requested transfer and assignment of its bid to the Grantee and whereas, under and by virtue of the authority contained in that certain Appointment of Substitute Trustee Recorded on February 9, 2011 in Book 14264, in Page 1980, Trustee Services of Carolina, LLC, Substitute Trustee, assigned said bid to Bank United, N.A., its successors and assigns in such office; and

NOW, THEREFORE, in consideration of the premises and of the payment of the said purchase price by the Grantee, the receipt and sufficiency of which is hereby acknowledged, and pursuant to the authority vested in him by the terms of the said Deed of Trust, Grantor does hereby bargain, sell, grant and convey unto Grantee and their successors and assigns, all that certain lot or parcel of land lying and being in the County of Wake, State of North Carolina, and being more particularly described as follows:

Lying and being in the City of RALEIGH, ST. MATTHEWS Township, WAKE County, North Carolina, and being more particularly described as follows:

All of Lot 29 in Summer Place Subdivision, Phase Two, as shown on a map thereof recorded in Book of Maps 2001, Pages 1682-1685 (1684), Wake County Registry, to which map reference is hereby made for a more particular description. See also Book of Maps 2003, Page 911, Wake County Registry.

Said property is commonly known as 5445 Thunderidge Drive, Raleigh, NC 27610.

**TO HAVE AND TO HOLD** the said land, together with all privileges and appurtenances as thereunto belonging unto the said Grantee, its successors and assigns, forever, in as full and ample manner, as Grantor, Substitute Trustee, is authorized and empowered to convey same.

**IN WITNESS WHEREOF**, Grantor, Substitute Trustee of the aforesaid Deed of Trust, has hereunto set his hand and affixed his seal the day and year first above written.

        Trustee Services of Carolina, LLC
        Substitute Trustee

        By: _____
        Aaron B. Anderson, Member/Manager

STATE OF NORTH CAROLINA

COUNTY OF NEW HANOVER

I, __Bernadette Commesso__, a Notary Public of New Hanover County and State aforesaid, do hereby certify that Aaron B. Anderson, Member/Manager of Trustee Services of Carolina, LLC, Substitute Trustee, personally appeared before me this day and acknowledged the due execution of the foregoing instrument on behalf of the company.
WITNESS my hand and notary stamp or seal this __8__ day of __Jan__, 2013.

_____      1/22/17
Notary Public               My Commission Expires

NOTARY SEAL