EXH. D

| | |
|---|---|
| DATE OF NOTICE: AUGUST 19, 2013 | PAST DUE: $246.00 |

LATE NOTICE: The Balance reflects receipt of payments through the Date of Notice shown and includes late fees and interest that may have accrued on the past-due balance but does not reflect any current assessments which are not yet considered late. Return this coupon and your payment (U.S. funds only) in the envelope provided or go to sentrymgt.com for on-line and credit card payments or to submit mailing address changes.

All correspondence should be mailed separately to:
Sentry Management, Inc.
2180 W SR 434, Suite 5000
Longwood FL 32779

Please reference your account number (shown at left) on all correspondence.

ACCOUNT NO: 000NR06502000291
5445 THUNDERIDGE DR
RALEIGH NC 27610

MAKE CHECKS PAYABLE TO:

OWNER
TC 25 NR0650 200029
GUSTAVO & ADELA ROMANELLO
5445 THUNDERIDGE DR
RALEIGH NC 27610

SUMMER PLACE HOMEOWNERS ASSOCIATION OF RALEIGH INC
PO BOX 105302
ATLANTA GA 30348-5302
USA

(919) 790-8000 EXT: 104

0678 00NR0650 000NR06502000291 1 00024600 00000088 5