EXH. E

SUMMER PLACE HOMEOWNERS ASSOCIATION OF RALEIGH INC
2180 W SR 434, SUITE 5000
LONGWOOD, FL 32779

(800) 932-6636 EXT: 600

VERIFICATION OF DEBT NOTICE

AUG 26, 2013

CO 25 NR0650 200029
GUSTAVO & ADELA ROMANELLO
5445 THUNDERIDGE DR
RALEIGH NC 27610

ACCT #000NR06502000291

REFERENCE:

5445 THUNDERIDGE DR
RALEIGH NC 27610

In response to your request, please allow this letter to serve as verification of the debt pursuant to the Fair Debt Collection Practices Act, 15 U.S.C Sect. 1601 et. seq., as amended.

1. The amount of the debt is $246.00 as of 08/26/2013.

2. The name of the creditor is SUMMER PLACE HOMEOWNERS ASSOCIATION OF RALEIGH INC The association has contracted with Sentry Management, Inc. to manage the association.

3. The basis of the debt is maintenance assessments, interest and /or late fees and administrative fees as allowed in the governing documents for the SUMMER PLACE HOMEOWNERS ASSOCIATION OF RALEIGH INC

4. The governing documents for SUMMER PLACE HOMEOWNERS ASSOCIATION OF RALEIGH INC bestow the right to place a lien for non-payment of assessments and possibly foreclose that lien upon the property

5. Attached please find a statement of your account.

Payment in full is immediately due and payable to:

SUMMER PLACE HOMEOWNERS ASSOCIATION OF RALEIGH INC

You may make your payments by eCheck or credit card at sentrymgt.com (Homeowner/Payment). Should you have any questions or require additional information, please do not hesitate to contact the Collections Department in Longwood at the number shown above.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

EXH. E

SUMMER PLACE HOMEOWNERS ASSOCIATION OF RALEIGH INC
2180 W SR 434 STE 5000
LONGWOOD FL 32779

(800) 932-6636 EXT: 600

STATEMENT                                    AUG 26, 2013

CO 25 NR0650 200029
GUSTAVO & ADELA ROMANELLO                    ACCT # 000NR06502000291
5445 THUNDERIDGE DR                          PHASE TWO
RALEIGH NC   27610

                        PROPERTY   5445 THUNDERIDGE DR
                        ADDRESS    RALEIGH NC 27610

| DATE | DESCRIPTION | SEMI-ANNUAL | TOTAL |
|---|---|---|---|
| 01/01/2013 | BEGINNING BALANCES | -220.00 | -220.00 |
| 01/01/2013 | 1ST ASSESSMENT 1/1-6/30/13 | 220.50 | 0.50 |
| 07/01/2013 | 2ND ASSESSMENT 7/1-12/31/13 | 220.50 | 221.00 |
| 07/15/2013 | ASSESSMENT LATE FEE CHARGE | 25.00 | 246.00 |
|  |  | 246.00 |  |