# UNITED STATES DISTRICT COURT
for the

<u>ACELA ROMANELLO</u> )
Plaintiff )
)
v. ) Civil Action No. 5:14-CV-452-BO
<u>SUMMER PLACE HOME OWNERS ASSOC. OF RALEIGH, INC.</u> )
<u>SENTRY MANAGEMENT, INC.</u> )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SENTRY MANAGEMENT, INC.
REGISTERED AGENT = CORPORATION SVCE. COMPANY
327 Hillsborough St., Raleigh NC 27603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ACELA ROMANELLO
5317 COTTAGE BLUFF LN.
KNIGHTDALE, NC 27545

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/11/14 _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

| ACELA ROMANELLO | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| SUMMER PLACE HOME OWNERS ASSOC. OF RALEIGH, INC. | ) Civil Action No. 5:14-CV-452-BO |
| SENTRY MANAGEMENT, INC. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SUMMER PLACE HOME OWNERS ASSOC. OF RALEIGH, INC
3700 NATIONAL DR., STE. 203, RALEIGH, NC 27612

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ACELA ROMANELLO
5317 COTTAGE BLUFF LN.
KNIGHTDALE, NC 27545

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/11/14

*Signature of Clerk or Deputy Clerk*