**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: Acela Romanello | COURT CASE NUMBER: 5:14-CV-452-BO |
| DEFENDANT: Summer Place Home Owners Association of Raleigh, et al | TYPE OF PROCESS: Summons and Complaint |

RECEIVED SEP 04 2014 U.S. Marshals Service, EDNC

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Sentry Management, Inc.
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Registered Agent: Corporation Service Co., 327 Hillsborough Street, Raleigh, NC 27603

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Acela Romanello
5317 Cottage Bluff Lane
Knightdale, NC 27545

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | x |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
Mary Fig  
TELEPHONE NUMBER:  
DATE: 9/4/14

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 56 | No. 56 | Curul Smith | 9-4-14 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 9.15.14    Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy: Curul Smith

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | 8.00  $0.00 |

REMARKS: 9-10-14 CM 7013 2630 0001 7635 3339
9-18-14 See attached

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
FILED SEP 22 2014
Form USM-285 Rev. 12/80
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

Case 5:14-cv-00452-BO   Document 5   Filed 09/04/14   Page 6 of 6
Case 5:14-cv-00452-BO   Document 6   Filed 09/22/14   Page 1 of 2

English Customer Service USPS Mobile

Register / Sign In

USPS.COM

Search USPS.com or Track Packages Subr

Quick Tools Ship a Package Send Mail Manage Your Mail Shop Business Solutions

# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

Tracking Number: 70132630000176353339

## Product & Tracking Information

Postal Product:

Features:
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 15, 2014 , 11:35 am | Delivered | RALEIGH, NC 27603 |
| Your item was delivered at 11:35 am on September 15, 2014 in RALEIGH, NC 27603. | | |
| September 13, 2014 , 9:42 am | Business Closed | RALEIGH, NC 27603 |
| September 13, 2014 , 9:29 am | Arrived at Unit | RALEIGH, NC 27606 |

## Available Actions

Text Updates

Email Updates

Return Receipt After Mailing

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

CNS

1. Article Addressed to:

Sentry Management, Inc.
Registered Agent: Corporation Service Co.
327 Hillsborough Street
Raleigh, NC 27603

514 CV 452 BO

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery 9/15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

vice Type
Certified Mail® ☐ Priority Mail Express™
Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7013 2630 0001 7635 3339

PS Form 3811, July 2013 Domestic Return Receipt

OTHER USPS SITES

Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›