of Justice
shals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED
SEP 04 2014
U.S. Marshals Service, EDNC

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Acela Romanello | 5:14-CV-452-BO |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Summer Place Home Owners Association of Raleigh, et al. | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Summer Place Home Owners Association of Raleigh
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
3700 National Drive, Suite 203, Raleigh, NC 27612

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Acela Romanello
5317 Cottage Bluff Lane
Knightdale, NC 27545

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | x |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:
*Mary Fie*
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER
DATE: 9/4/14

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 56 | No. 56 | Curul Smith | 9-4-14 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 9-15-14
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy
*Curul Smith*

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8⁰⁰ | | | 8⁰⁰ | | 8⁰⁰ $0.00 |

REMARKS: 9-10-14 CM 7013 2630 0001 7635 3322
9-16-14 see attached

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

FILED
SEP 22 2014
Form USM-285
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case 5:14-cv-00452-BO  Document 5  Filed 09/04/14  Page 5 of 6
Case 5:14-cv-00452-BO  Document 7  Filed 09/22/14  Page 1 of 2

USPS.com® - USPS Tracking™

Register / Sign In

English    Customer Service    USPS Mobile     Search USPS.com or Track Packages   Subr

**USPS.COM**

Quick Tools    Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

Customer Service ›
Have questions? We're here to help.

# USPS Tracking™

**Tracking Number:** 70132630000176353322

## Product & Tracking Information

**Postal Product:**    **Features:** Certified Mail™

| Date/Time | Status | Location |
|---|---|---|
| September 15, 2014, 9:45 am | Delivered | RALEIGH, NC 27612 |
| September 13, 2014, 7:39 am | Business Closed | RALEIGH, NC 27612 |
| September 13, 2014, 6:53 am | Arrived at Unit | RALEIGH, NC 27612 |

Your item was delivered at 9:45 am on September 15, 2014 in RALEIGH, NC 27612.

## Available Actions

Text Updates

Email Updates

Return Receipt After Mailing

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.   CHS

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Denise Johnson* ☐ Agent ☐ Addressee
B. Received by (Printed Name):    C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

*Denise Johnson*

1. Article Addressed to:

Summer Place Home Owners Association of Raleigh
3700 National Drive, Suite 203
Raleigh, NC 27612

3. Service Type
☐ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

5:14 CV 452 BD

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):   7013 2630 0001 7635 3322

PS Form 3811, July 2013   Domestic Return Receipt

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›