IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | | |
|---|---|---|
| Acela Romanello | ) | |
| | ) | |
| vs. | ) | Case No. 5:14-CV-452-BO |
| | ) | |
| Summer Place Home Owners Assoc. | ) | VOLUNTARY DISMISSAL |
| of Raleigh, Inc. and Sentry Mgmt., Inc. | ) | WITH PREJUDICE |

COMES NOW the Plaintiff, and freely and voluntarily dismisses the action filed herein against the Defendants, Summer Place Home Owners Association of Raleigh, Inc. and Sentry Management, Inc., with prejudice.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to:

Nelson G. Harris, Counsel for Defendants, of Harris & Hilton, P.A., 7320 Six Forks Rd., Ste. 100, Raleigh, NC 27615, on this __3__ of December, 20_14_

Acela Romanello   *Acela Romanello*

5317 Cottage Bluff Ln., Knightdale, NC 27545

FILED
DEC 0 3 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK